IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr15-MHT |
| | ) | (WO) |
| RODERICK ALEXANDER PURVIS | ) | |

ORDER

Upon consideration of defendant Roderick Alexander Purvis's motion to amend the judgment (doc. no. 78) and the government's response to the motion (doc. no. 89), it is ORDERED that the motion is denied because the court lacks authority to amend the criminal judgment under the circumstances presented here.

However, as the government notes, defendant Alexander may challenge the Bureau of Prisons' denial of credit for time served by filing a habeas corpus petition pursuant to 28 U.S.C. § 2241.  The petition must be filed in the federal district court in the district where Alexander is confined, and only after he has completed the BOP's administrative grievance process, including

filing each available appeal of the responses (or lack of response) he receives.

DONE, this the 2nd day of June, 2020.

                                                /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**